# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:09mj68

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| ) | |
| **CHRISTINE NICHOLE COCHRAN.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Notice of Dismissal – Complaint [Doc. 7], which the Court shall construe as a motion to dismiss.

For the reasons stated in the motion, and for good cause shown, the Government's Motion to Dismiss [Doc. 7] is hereby **GRANTED** without prejudice.

The Clerk is directed to certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: December 23, 2009

Martin Reidinger
United States District Judge